UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JIMMY L. WILHITE** <br> LA. DOC #455504 | **CIVIL ACTION NO. 15-0064** <br> **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **TIM KEITH, WARDEN, WINN CORRECTIONAL CENTER** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be deemed successive and that it be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

**MONROE, LOUISIANA,** this 28th day of April, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE